UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND et al.,<br><br>Plaintiffs,<br>v.<br><br>PETERSON REBAR PLACEMENT, LLC,<br><br>Defendant,<br>v.<br><br>CORNERSTONE GENERAL CONTRACTORS, INC.,<br><br>Garnishee-Defendant. | CASE NO. 2:23-mc-00077-LK<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on Plaintiffs' Application for Writ of Garnishment. Dkt. No. 1. They seek a writ of garnishment for property in which the Defendant/Judgment Debtor, Peterson Rebar Placement, LLC, is believed to have a substantial nonexempt interest and which

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

may be in the possession, custody, or control of the Garnishee, Cornerstone General Contractors, Inc.

      The Court has reviewed the Application for Writ of Garnishment, Dkt. No. 1, and the proposed Writ of Garnishment, Dkt. No. 1-2, along with the remainder of the record in this matter. Being fully informed, the Court ORDERS the Clerk of Court to issue the Writ of Garnishment.

      Dated this 3rd day of November, 2023.

                                                         Lauren King
                                                         United States District Judge